UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Donald W Brown

Plaintiff,

vs.

Blue Buffalo

Defendant.

Cause No. 470-2012-00900

1:12-cv- 0 9 1 3 RLY -DML

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant Blue Buffalo for discrimination as set forth below.

Plaintiff _X_ DOES ___ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name, Address, and Phone Number:

Donald W Brown
(228)224-9284
2036 E. 12th St.
Indpls, IN 46201

Defendant's Name and Address:

Blue Buffalo
11 River Rd
Wilton, CT
06897

### II. JURISDICTION

1. This complaint is brought pursuant to:

_____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

_____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

____X____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Other (list): _____

2. Plaintiff __X__ DID ____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _____ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

fired while on Doctor's medical leave.

## IV. FACTS IN SUPPORT OF COMPLAINT

Was on 30 day medical leave from my doctor Starting on Dec 3 2011, went to go back to work on January 3 2012 and was told that I no longer had a job.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Justice, to be made whole & paid.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 5 day of July, 2012.

Donald W Brown
(Signature of Plaintiff)