IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONALD D. BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:12-cv-0913 RLY-DML |
| GREAT PLAINS LEASING SUBSIDIARY OF THE BLUE BUFFALO CO. LTD, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED and AGREED, by and between Plaintiff, Donald D. Brown and Defendant, Great Plains Leasing, LLC (misnamed "Great Plains Leasing Subsidiary of The Blue Buffalo Co. Ltd." in the caption), that all claims of Plaintiff, Donald D. Brown, be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Stipulated by:

/s/ Donald D. Brown
Donald D. Brown
*Pro Se Plaintiff*
2036 E. 12th Street
Indianapolis, IN 46201

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ *Amanda Couture*
Amanda Couture, IN Bar No. 24838-53
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
amanda.couture@ogletreedeakins.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been filed electronically and served by first-class United States mail, postage prepaid, this 26th day of November, 2012, upon:

Donald D. Brown
*Pro Se Plaintiff*
2036 E. 12th Street
Indianapolis, IN  46201


　　　　　　　　　　　　　s/ Amanda Couture


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*amanda.couture@ogletreedeakins.com*